| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LESTER JUNEAU, §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* §　CIVIL ACTION NO. 1:06-CV-252
　　　　　　　　　　　　　　　　§
MOTIVA ENTERPRISES LLC, §
and MOTIVA COMPANY, §
　　　　　　　　　　　　　　　　§
　　　　　Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

　　　　The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07.  The court has received and considered the report of the United States magistrate judge, who recommends that the court deny defendants' motion for summary judgment on the basis of statute of limitations, but grant defendants' motion for summary judgment on the basis of release and waiver, and dismiss this action.

　　　　The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having been served, it is further

　　　　**ORDERED** that the reference to the magistrate judge is **VACATED**.

　　　　SIGNED at Beaumont, Texas, this 31st day of May, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE